UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CASE NUMBER: 7:15-cr-00004-DCR

UNITED STATES OF AMERICA                                      PLAINTIFF

vs.                                    ORDER

BRET A. DUNNING                                               DEFENDANT

_____

**THIS MATTER** having come before the Court on the Defendant's Motion to Suppress, and all parties having been noticed and the Court having been sufficiently advised:

**IT IS HEREBY ORDERED** that this matter shall come on for hearing on the _____day of_____, 2015 at the hour of_____a.m./p.m.

**SO ORDERED** this the_____day of_____, 2015.

_____
**UNITED STATES DISTRICT COURT JUDGE**