# The Child Protection System



## About this Manual

This manual is intended to assist those trained, licensed law enforcement investigators, working to combat the victimization of children. It is not designed to replace or supplant the investigator attending an approved training class covering the Operation Fairplay and the Child Protection System (CPS).

## Copyright Notice

Copyright © 2010 by TLO, Inc.
Child Protection System
All Rights Reserved

The Child Protection System (CPS) is copyrighted by TLO, Inc. 2010. All rights are reserved, including the right to reproduce this manual or any part of it. It is against the law to copy the software on cassette, diskette, tape, listing, or any other medium for any purpose other than the purchaser's personal use without the express written permission of TLO, Inc.

## Disclaimer

TLO, Inc. (TLO) has made every effort to ensure the information in this guide is complete, precise, and current. TLO assumes no responsibility for the consequences of errors beyond its control. The examples, sample windows, reports, names used throughout this guide are intended for illustrative purposes only and may not conform to your requirements.

## Trademarks

TLO is a registered trademark of TLO, Inc.
Child Protection System is a trademark of TLO, Inc.
Other product names mentioned herein may be trademarks and/or registered trademarks of other companies.

## Licensing

Only trained, licensed users are allowed access to the system. Licensed users are limited to active law enforcement personnel actively involved in child exploitation investigations. The licenses are provided without charge and are specific to the investigator; it must not be shared or transferred to others. The investigator must request a new license if they change agencies. Records created by an investigator remain associated with his or her agency at the time the record was created, even when the investigator transfers to a new agency.

# Internet Investigation Basics

Internet based investigations rely on the premise that the investigator has a sound understanding of several key concepts including IP addresses, ISPs and Hash Values.

**IP Addresses and ISPs (Internet Service Providers)**

When an Internet Service Provider's customer logs onto the Internet using a computer or another web-enabled device, they are assigned an Internet Protocol (IP) address. This number is unique to that device for the duration of that Internet session. An IP address is typically comprised of a series of four (4) numbers separated by periods, e.g. 99.235.62.226.

IP addresses are owned by the Internet Service Provider and leased to a subscriber for a period of time. They are public and visible to others as you surf the Internet. The lessee has no expectation of privacy due to the public nature of IP addresses.

IP addresses are similar to a license plate on a motor vehicle. They are the property of the issuer, and not the vehicle owner. Just as your license plate is visible as you cruise your city or town, your IP address is visible as you cruise the Internet. Your IP address is visible to the administrators of websites you visit, attached emails you send, and broadcast during most Internet file and information exchanges that occur on the Internet.

There are two different types of Internet Protocol addresses. The first is a *dynamic* IP address, which means the user's IP address changes each time they log on to the Internet. The other type of IP address is a *static* IP address, which means that a user is assigned a specific IP address that remains constant every time they log on to the Internet.

Most Internet Service Providers keep subscriber records relating to the IP address they assign, and that information is available to investigators. Typically, an investigator has to submit a subpoena requesting the subscriber information relating to a particular IP address at a specific date and time.

**Hash Values**

A hash value is a number that uniquely identifies the contents of a file. It is generated by applying a mathematical algorithm to a file which assesses the contents of the file. There are several types of algorithms that can be applied; SHA1 and MD5 are two of the common algorithms.

A hash value is generated by a software program that "hashes" or "evaluates" the contents of the file and generates the unique number uniquely identifying the contents of the file.

Re-naming a file will not change the generated hash value. Moving the file will not change the generated hash value. The hash value will only change if the file content is changed.

Hash values are a very reliable method of authenticating files. If the same mathematical algorithm is applied to two files, two hash values will be generated. If the two hash values match, one can conclude, with a great deal of certainty, that the contents of both files are identical.

The reliability of hash values can be considered more accurate than DNA; the chance of two different persons coincidentally sharing the shame DNA profile is 1 in 10,000,000,000,000. The chance of two files with different content coincidentally sharing the same hash value is 1 in 9,223,372,036,854,775,808.

## Peer-to-Peer Background

File trading has existed since the beginnings of the Internet. Using services such as Lycos and Internet Relay Chat (IRC), users would search and share files between each other, but the practice was limited in scope. The dramatic increase in use of the Internet by the mid 1990's, the wide acceptance of the MP3 music format, and the availability to inexpensive CD burning drives, created a fertile ground for the introduction of peer-to-peer software.



Figure 1. Shawn Fanning

In early 1999, a group of Northeastern University students became frustrated by lack of a single application to handle the searching for songs and the ability to chat with other users. One of them, Shawn Fanning (Figure 1), spent the next few weeks writing a new application that would fulfill their requirements. The program was called Napster, after a high school nickname Fanning had based on his hair, released in June of 1999, the program gained millions of users within a few months, ultimately having over 26 million users by the end of 2000.

Initially greeted with little opposition from the recording industry, Napster was seen as actually helping smaller artists, getting their music out to listeners without having to deal with the normal distribution system. That changed when the band Metallica, discovered songs from an unreleased album had appeared on the Napster network and sued over copyright infringement. Joined by other artists, the suit eventually led to Napster being shut down in July of 2001. While lasting only two years, Napster had changed the way files are shared to this date.

Peer-to-peer software use did not stop with the elimination of Napster; other networks were introduced and grew with Napster's demise. Since 1999, peer-to-peer traffic has grown to account for 60% of Internet traffic in some areas. Its volume has reached a point that Internet Service Providers (ISPs) have begun traffic prioritization, where P2P traffic is delayed, or given a lower priority to improve network performance.

Music became associated peer-to-peer in the public's view, but it represents less than 15% of traffic, video files have surpassed songs accounting for over 50%. Peer-to-peer has become a widely available method of distribution of pornography, including pictures and videos showing the victimization of children. In 2003 a United States Government Accountability Office report shows the use of 12 keyword searches on a P2P network resulted in 543 files depicting child pornography, 44% of the search results were contraband. The report reveals how quickly the P2P networks became an easy source for pornography from Napster's first appearance just four years earlier.

In 2004, Internet undercover operations programs were designed and built by Investigators of the Wyoming Internet Crimes Against Children Task Force (ICAC). This operation was called Operation Peerless and involved investigating the peer-to-peer file sharing networks known as the Fast Track program. This investigation identified over three thousand (3,000) computers around the world that were distributing images of known child pornography. Through these cooperative efforts, law

enforcement was able to locate and seize over 100 computers. The Wyoming ICAC team was recognized by various national agencies for their work on implementing Peerless Operation.

As successful as this operation was, several areas were identified for potential improvement or introduction to enhance the following methods: The ability to localize investigations, identifying egregious offenders, and tracking historical trends.



Operation Peer Precision was designed with input from law enforcement agencies around the world and embodies the efforts first initiated by the Wyoming ICAC to address these recommendations. Through the use of client-side enhancers to publicly available tools, law enforcement investigated the use of the Gnutella network, while incorporating many of the recommendations that stemmed from previous successful operations.

Since the inception of Operation Peer Precision in October 2004, millions of computers have been identified around the world trading images of child pornography. Operation Peer Precision was responsible for the identification and subsequent arrest of hundreds of individuals around the world for child pornography crimes.

In the spring of 2008, the effort was designated Operation Fairplay, but budget problems threatened to end Wyoming's support of the effort. The owner of a private data fusion company, TLO, offered to host the operation and make his programming resources available to law enforcement. The partnership resulted in the current suite of tools called The Child Protection System.

## A plethora of protocols

The general public views the Internet solely in terms of the web pages viewed with Internet Explorer or Firefox. The Worldwide web is only one of thousands of networks that utilize the Internet to carry their communications.  The networks do not collide or interfere, since each has its own language of protocol.

**Network Protocol**: *A protocol is a set of rules that governs the communications between computers on a network.*

**Peer-to-Peer**: *the decentralized form of putting computers together for different kind of cooperative endeavors, such as files haring and music distribution.*

All peer-to-peer networks operate with a similar set of basic features: all allow the user some search capabilities, allow a review of the search results, and permit the user to download selected files via a direct connection. The implementation of these features varies widely between differing networks, and between different clients on the same network. Today, there are a number of active P2P networks, each using differing protocols, and differing network design. Some of the more popular include:

**Gnutella:** created by a subsidiary of AOL, Nullsoft in 2000, it grew to one of the largest P2P networks. Popular in the United States, Gnutella is estimated to carry 20-25% of P2P traffic today. The next chapter discusses Gnutella in detail.

**Gnutella2:** Created as a solution to some shortcomings of the original Gnutella standard, it has not reached the level of acceptance the original had.



**Ares Galaxy:** Ares is a full-featured P2P network organized into leaves and supernodes. It is a topology featuring broadcast-type searches with its own file sharing clients including Ares Galaxy. Ares clients support decentralized file sharing and include a built-in chat service.

Ares nodes are either normal "user" nodes (leaves), or "supernodes". Supernodes are responsible for indexing users' shared files and for performing search queries on them, possibly for other tasks such as statistics, too. User nodes do not communicate with each other. Instead, user nodes connect to a supernode, and supernodes forward traffic between themselves as required.
User nodes can be "promoted" to supernode status if network conditions require this. Promotion is autonomous (i.e. a supernode will believe you if you tell it you're also a supernode). The conditions for promotion are having high bandwidth, low latency, and plenty of CPU/RAM.

**eDonkey:** The original eDonkey network relied on central servers run by users willing to donate the necessary bandwidth and processing/disk usage overhead. Such servers could be subject to



heavy traffic and, consequently, more vulnerable to attacks. To overcome this problem, MetaMachine, the developer of the original eDonkey client, developed Overnet as a successor to the eDonkey protocol. The eMule Project also developed a Kademlia network of their own (called Kad) to overcome the reliance on central servers. In addition, eMule includes a pure P2P client source-exchange capability, allowing a client with a 'High ID' (with incoming eD2k connections not blocked by a firewall) to continue downloading (and uploading) files with a high number of sources for days, even after complete disconnection from the original Kad or eD2k servers that handled the original requests (eMule does not query secondary servers when told to disconnect

from the server). This source-exchange capability is designed to reduce the load on servers by two thirds or more for files that have a large number of seeds, or sources (other clients) for the files. The original eDonkey client by MetaMachine does not support source exchanges.

**Bittorrent:** Technically, BitTorrent is a protocol, and not a P2P network. It is one of the most common protocols for transferring large files, and by some estimates, accounts for more than 35% of all traffic on the entire Internet. Unlike the other P2P networks, file searching is not done using a file sharing application (client). With BitTorrent, users search the Internet to locate .torrent files. A download is initiated by launching a .torrent file which connects the initiator's computer to a tracker (a central server). The tracker monitors all connections, but it does not have any knowledge of the contents of the files being shared.

BitTorrent does not offer its users anonymity. It is possible to obtain the IP addresses of all current, and possibly previous, participants in a swarm from the tracker. However, there are ways to promote anonymity; for example, the OneSwarm project layers privacy-preserving sharing mechanisms on top of the original BitTorrent protocol.

The BitTorrent protocol was designed to solve the P2P problem of leeching. Leeching is when a user downloads a file but doesn't share the file (give back to the P2P community). The BitTorrent protocol prevents this from happening. A file is broken up into pieces. As soon as a file piece has downloaded, it is shared.

**Gigatribe:** Formerly Tribalweb, GigaTribe is a private network developed by GigaTribe SAS, a company established under the laws of France. GigaTribe software is



a private closed-source, closed-design program that runs on Windows and Macs. It is operated centrally from www.gigatribe.com where they provide the services for registering, logging in, searching and contacting your friends. GigaTribe might better be described as a friend-to-friend (F2F) network because it does differ from public P2P networks like Gnutella, BitTorrent, etc. In GigaTribe, one user invites another user so that they can share files with each other.

Users can search for files, and they can also search for other users. When users search for files, they are only searching among their friends (those with whom they have a connection) and only if they are on the network at the same time. Users are also able to browse their friend's directory structure, just as it is shared from their GigaTribe client. Since searches are directed to each of the friends, there is no public or private centralized way to search for files.

### Florida Success

▇▇▇▇▇▇▇▇▇▇▇▇▇▇ of the Florida Attorney General's Child Predator Cybercrime Unit served a search warrant based on historical data in the Child Protection System on the residence of Daniel Bervig in Milton, Florida. After finding child pornography on Bervig's computer, he disclosed that he had met a woman from Mobile Alabama online and had been offered her eight year old son for sex. Once he finished the warrant, ▇▇▇▇▇▇▇ went back to his office and assumed Bervig's online account. The woman, Melissa Grey, contacted him, and thinking he was Bervig, again offered to share her son, and sent ▇▇▇▇▇▇▇▇▇ several child pornography images. Working with agents in Alabama, ▇▇▇▇▇▇▇ agreed to meet later that night at Grey's home. Arriving at her house a few hours later, they found her son unconscious; she had overdosed him on Benadryl to make him more compliant. Melissa was a school teacher enrolled in graduate school to become a troubled youth counselor.




According to the company, searching for files, folders and transferring files occurs encrypted using Blowfish 256.

Users can search for other users by username or they can send an invitation to an email address for someone to join GigaTribe by email. When searching for a user by username, there is an option to approximate the search. Checking this option opens the search results to include any username containing the search string used. There is also a third party application that helps users find other users.

Gigalist is a separate program that helps people manage their Gigatribe friend's list, trade userlists, and make *1 click* join lists. It is offered via various forums.

Gigalist automatically lists a user's friends and publishes the list in their shared Gigatribe folder so their users can add each other. It publishes a single .htm file with all of the users and includes a link to click to automatically request an invite. GigaTribe users can download and continue to expand their friends by gathering other users' friends. The tool also has the option to leave out one or more users so that those specific usernames are not shared with others.

**Open FastTrack:** OpenFT is a file sharing protocol developed by the giFT project. The name "OpenFT" stands for "Open FastTrack". Despite this, the OpenFT protocol is an entirely new protocol design: only a few ideas in the OpenFT protocol are drawn from what little was known about the FastTrack protocol at the time OpenFT was designed.

When one says 'OpenFT', one can mean either one of two different things: the OpenFT protocol, or the implementation in the form of a plugin for giFT.

OpenFT is a network where nodes submit lists of shared files to other nodes to keep track of which files are available on the network. This reduces the bandwidth consumed from search requests at the price of additional memory and processing power on the nodes that store that information. The transmission of shared lists is not fully recursive: a node will only transmit its list of shared files to a single search node randomly chosen as that node's "parent", and the list of those files will not be further transmitted to other nodes.



The quick demise of Napster was aided by the centralized design of the system. Fanning had designed Napster with all search operations being routed through a central server. Once the court ordered the closure of Napster, and the access to the servers shut off, the network collapsed. Users had no way to communicate or search without that central hub. As the court case proceeded, other, decentralized networks sprang up; one of the most popular was the Gnutella network. A look at both can give an idea of the differing network topologies.

## Napster, a centralized network

Fanning designed a central server based system where the files being traded would reside on the user's machine, and the central Napster service would provide the ability to search for files and users that had them. The figure below represents the layout of the network:



A. When a user started their Napster software it would attempt to establish a connection with the central Napster service; once connected, the software would send a file list containing information about the files the user's computer was sharing. The main purpose of the server was to track what users were online, and what files they were sharing. When the user enters a search term, it is sent to the central server holding the files lists sent in by all users.

B. The Napster server looks for matches to the search request and returns a list of matching files to the user. The user is presented with a list of all files that match their search.

C. When the user picks the files they want, their computer then establishes a direct, peer-to-peer connection with the computer having the file(C).

The central server was Napster's single point of failure; without it, the peers would have no way to search or know what others peers were online. With the court ordered shutting down of the servers, Napster died.  While the case against Napster was proceeding through the court system, other P2P networks began to appear. Most eliminated the need for a central server, severely limiting the ability of anyone to shut the networks down.

While the court actions that ultimately led to the demise of Napster were being decided, other P2P networks emerged that were based on a various decentralized topographies. One of the largest was the Gnutella network that remains a significant network, in terms of users, today. The next section will examine the Gnutella network and its operations, as an example of a typical, modern P2P network.

## Key Concepts Review

Network Protocol: A protocol is a set of rules that governs the communications between computers on a network.

Peer-to-Peer: the decentralized form of putting computers together for different kinds of cooperative endeavors, such as files haring and music distribution.

Peer-to-Peer entered the public awareness with the release of Napster, a centralized P2P system.

The network may be referred to as decentralized due in part to the fact that files do not reside on a single server, but are located on individual peers throughout the network.

Peer-to-Peer file sharing programs allow groups of computers, using the same file sharing network and protocols to connect directly to each other to share files.

The collapse of Napster led to the rise of other P2P systems centered on a decentralized model that allows for network robustness rather than concentrating data in a limited number of servers.

Peer to Peer (P2P) file sharing networks, including the Gnutella network, are frequently used to trade digital files of child pornography.

Internet computers identify each other by an Internet Protocol or IP address.  IP addresses can assist law enforcement in finding a particular computer on the Internet.

# Using a Peer to Peer Network

This section will examine the one of the more popular networks being used today, the Gnutella P2P network. This section is not intended to instruct the investigator in only one network or client, but rather to acquaint the user with the general principles of how a P2P network operates. The Child Protection System provides information about several different networks; it is incumbent upon the investigator to familiarize himself with the workings of any specific network and client that is involved with his particular case.

## Gnutella

The Gnutella file-sharing system was created in the late 1990's by Nullsoft, and was designed to be one of the first completely decentralized "peer-to-peer" networks. Although not in its original design, Gnutella is a composite network made of leaf nodes and ultra nodes. The ultra nodes, or "ultrapeers", act as indexing servers for the network and are responsible for routing all queries generated by the individual nodes.



During the rise in popularity of the Gnutella network, numerous client software programs were created and released to the public. Some of these required payment, but most of the programs could be downloaded and used for free. The more popular of these clients included Limewire, Bearshare, Phex, GTK-Gnutella and Shareaza but more than 15 others have also existed. In 2007 the Gnutella network was determined to be the most popular file-sharing network on the Internet, boasting over 1.8 million users worldwide. Gnutella uses ultrapeers as index servers. An ultrapeer is nothing more than an elevated client or "leaf " node which handle all queries on the network. Gnutella ultrapeers are sometimes called supernodes or hubs. Leaves are sometimes called client nodes. These are just different names for the two roles of ultrapeer and leaf.

When a leaf connects to the Gnutella network, they do so through an ultrapeer. During this connection, the leaf does not send a list of shared file names, but instead sends a text string called a Query Routing Table (QRT) to the ultrapeer. The QRT is designed to prevent queries from being forwarded when there is no chance they will be satisfied by a given leaf or ultrapeer.

At the leaf node level, the QRT is a 128K byte string consisting of "present" flags. Every file name in the leaf's shared folder is broken into individual "words", which are consecutive sequences of letters and numbers separated by a single space. These words are individually hashed, and based on the result, the associated "present" flag is turned on. After all words are hashed, the resulting QRT is passed along to all connected ultrapeers.

**Note:** *Ultrapeers maintain the routing table of all connected peers. They do not maintain the ACTUAL file names or the shared files themselves*

At the ultrapeer level, all leaf routing tables are combined along with the QRT of the ultrapeer itself and stored as the master QRT for the ultrapeer. As keyword queries are sent to the ultrapeer, they

are hashed and compared to the master QRT. If there is a match, the query is forwarded to all connected leaves. The individual leaves then check to verify a match and respond to the ultrapeer with the file name and other details. The ultrapeer routes the matching responses back to the peer requesting the search.

Gnutella uses a "query-flooding" based protocol. This means the originating node does not have any knowledge of where to look for a given file, so it simply passes its search, or "query", for the file to all of the nodes it is connected to. All of those nodes then pass the query to all of the nodes they are connected to. This passing of a given query occurs a maximum of six times, or "hops", before the process is considered complete.

All queries are text-based and are sent by the client to every connected ultrapeer. The search terms are hashed and compared to the QRT of the ultrapeer to determine if it, or any other connected leaves, are likely to satisfy the query. If so, the queries are forwarded and compared to the actual file names of the leaves themselves. When the queries reach the leaves, they are compared to the actual file names that exist in the leaves' shared folder. If a match occurs the leaf will respond via its ultrapeer to the original requester indicating the match.



Most users search using file names, but the network identifies files by hash value using SHA-1 values.

Downloading is only accomplished by direct connections to peers. This is important to note as the connection occurs outside the Gnutella network, and is one of two functions where evidence comes directly from a suspect's computer. During a file download, network clients can make your undercover computer a source for any pieces of the file you receive. This is called "partial file sharing" and it should always be turned off in the client application. If partial sharing is on, you could be inadvertently sharing contraband as you are downloading.

Swarming works by getting one file from more than one peer at once. The file is separated into several parts, as if you would want to get a book from some friends, and every one of them copied only a few pages of it. When you ask every one of them to copy a different part of the book, you'll get the complete book, and each of them has very little work to do (and if one doesn't have the time to do it, another one can).

To enhance the file transfer, the network supports downloading pieces or "slices" of a file from different sources. In swarming, client software controls which pieces of a file have been received and which are still needed. Once all slices have been received, the client software reassembles the file and moves it from the incomplete folder into the user's default sharing folder. File swarming enhances the speed with which you receive a file, but causes problems for the investigator who wants to receive the file's contents exclusively from a suspect's computer

## Key Concepts Review

Internet computers identify each other by an Internet Protocol or IP address.  IP addresses can assist law enforcement in finding a particular computer on the Internet.

The user interface, features, and configuration may vary between clients and versions of the same client.

A peer can simultaneously provide files to peers while downloading files from other peers.

Many P2P file sharing networks are designed to allow users to download files, and frequently provide enhanced capabilities to reward the sharing of files, by providing reduced wait periods, higher user ratings, or other benefits.   In some instances, users are not allowed to download files if they are not sharing files.   Typically, settings within these programs control sharing thresholds.

Once a specific file is identified, the download process can be initiated.  This allows for the detection and investigation of computers involved in possessing, receiving, and/or distributing files of previously identified child pornography.

At this point in the investigative process, a recent association between a known file (based upon hash comparison) and a computer having a specific IP address (likely to be located within a specific region) can be established.

A P2P client is highly configurable by the user including storage paths, what is shared, number of connections, and whether the user is browsable.

The investigator should be familiar with the general workings of the network and client that a case is being made on.

# The Child Protection System

Child Protection System, or CPS, is a suite of programs centered on a web-based interface that provides access to investigative data gathered by automated tools and law enforcement searches. Traditionally IP based investigations have not allowed law enforcement to associate IP information with user data. By using CPS, investigators now have the option to correlate various data sources with IP addresses and screen names involved in criminal activity. All reports follow a standard convention in an easy to read format, which allows the investigator the ability to associate information.

The Child Protection System (CPS) allows trained investigators to identify offenders using peer-to-peer networks to distribute child pornography. Information is gathered by various automated tools and manual searches by law enforcement and accessed through CPS. This data can be used by investigators to gather, profile and track information tied to an Internet Protocol address (IP address) of the offender.

The Child Protection Systems provides a number of benefits to investigators. CPS future enhancements continue; here are a few of the current features:

- Investigators can quickly view activity of a specific IP address including other investigator interests in the IP address.
- Search by usernames (for example, superdad38@yahoo.com).
- File hashing – Files hash values in various formats.
- GUID (Globally Unique Identifier) histories reveal if other investigators have previously identified, shared interests and location information about that GUID. A GUID also may allow offender tracking across multiple IPs.
- Address searches reveal if other investigators have shared interest in an address (important for deconfliction). Latitude and longitude can be used to map addresses.
- Phone number searches reveal if other investigators have shared interest in an address (important for deconfliction).
- Service Providers provide legal contact information.

CPS is the web interface allowing the investigator to query the database, provide deconfliction, and investigative job creation. Licensed investigators, using their Gridcop username and password, may access the site at ███████████████████.

## CPS Data Sources

In CPS, the investigator has access to different data sources. Traditionally, all data generated by law enforcement personnel, or tools written by law enforcement, have been stored ████████████ ████████████████████████████████████████████████. In May of 2009, ████████████ ████████████████████████████████████████████████████████████████ the State Attorney for the Fifteenth Judicial Circuit, came online to provide replication, and are synchronized, allowing for redundancy, should one fail. Wyoming Toolkit users and automated tools such as Peer Spector contribute data to these servers.





## Manual Searches

The following list describes the text box queries on the **Home** page. This is where you type information to query the databases. Click **Search** to generate a report on your query. All manual searches will generate a comment box. The comment should be brief but have some identifying information, such as an incident or case number, allowing the investigator to recall the reason for the search at a later date. This is for deconfliction purposes, should other investigators share interest in the item.



**Username:** Type a single username, or up to 20, separated by a comma. Wildcard or partial searches are allowed. Usernames stored in the deconfliction system may belong to undercover identities, victims, suspects, and witnesses to include victim identification, case building, and other possibilities.

**IP Address:** Type an individual IP address or up to 20 separated by a comma. Investigators can quickly view the history of a specific IP address including other investigator interests in the IP address.

**File Hash(es):** Type a hash number to search by or up to 20 separated by a comma. Hash files using the MD5, SHA1 algorithm in both base16 and base32, and SHA256 to determine what is known about a particular file based on its hash values. Multiple hashes are separated by a comma.

**GUID(s):** Type an individual GUID to search by (or multiples separated by a comma). The GUID query will show all instances where a particular GUID appears in the system. This can offer a chance to track an individual computer across different IPs. GUID histories reveal if other investigators have seen it before and give insight into the interests and location of the system associated with that GUID.

**Investigator:** Type the name of an investigator to search; names, states or partial text strings will be returned: broad or specific.

**Physical Address:** You must complete the Physical Address, City, State/Province, and Country fields (all four fields) for a complete address query. Type a physical address to search.

**Phone: Country Code/Number:** Type a phone number (or partial). The Phone field can be searched by Country Code (are code) or by the full phone number.

After entering an item and starting the search, a comment box will appear; this will allow the investigator to enter a brief reason for the search. If the item has not been seen before, it will be logged under the investigator's license. For deconfliction purposes, the investigator should enter a distinctive comment allowing him to recall the reason for the search at a latter date.

## Preformatted Reports

The most commonly used queries have been added as links to the right of the CPS home page allowing you quick access to preformatted reports. Click a link to generate any of the following preformatted reports:

**My Query History:** The My Query History report shows all queries by an investigator sorted by type and date.

**Recent Locates in My Region:** The Recent Locates in My Region report shows the last 200 IPs that were seen in an investigators state. You can narrow the search to a specific county. The date range is defaulted to 30 days (but can be changed).

**Worst GUIDs in My Region:** The Worst GUIDs in My Region report displays GUIDs (Globally Unique Identifiers) sorted most to least. You can narrow the search to a specific county. The date range is defaulted to 30 days (but can be changed). Hyperlinks will export data to KML for display in Google Earth or to send Gnuwatch.

Reports
My Query History
Recent Locates in My Region
Worst GUIDs in My Region
Worst IPs in My Region

**Worst IPs Region:** The Get Worst IPs report GUIDs from most to least. You can narrow the search to a specific county. The date range is defaulted to 30 days (but can be changed). Hyperlinks will export data to KML for display in Google Earth or to send Gnuwatch.

# Reports

CPS reports are designed to have a standard look, allowing the investigator to easily locate information and controls, regardless of what report is being viewed. Each report will follow the same layout, a summary area at the top and a detail area below. Depending on the information available, the report may include hyperlinked items indicating that the investigator can "drill down" and see further information about a particular piece of data. The information in the detail



area may vary depending on the information available; the report will provide all information about the item that exists in the system. Between the two main areas of each report are links to actions the investigator may take with the information displayed. The action items available will vary depending on the type of report being viewed.

The action items available will vary depending on the type of report being viewed:

**Export KML:** Creates a Google Earth file for all points plotted on the displayed map. If the investigator has Google earth installed, it will open automatically and display.

**Send Selected to Gnuwatch:** Sends information about the current IP address to the Gnuwatch application. Gnuwatch will attempt to browse and log the target IP.

**Monitor Selected Addresses:** Sends information about the IP address to the Suspect Monitor application that will monitor the selected address.

**Launch Media Library:** Used with IP reports, this option will generate a listing of all files, by hash, that the IP was seen offering, start Media Library and load the hash values. This allows the investigator to quickly determine what files are already in the library and create magnets for those that are missing.

**Launch Shareaza Job:** Creates a task or job for the investigator's ShareazaLE program to browse and sole source download from the selected IP.

**Shareaza Job (Browse Only):** Similar to a Gnuwatch task, this task will send a job to ShareazaLE to browse and log the IP address.

**Create Watch:** notifies the investigator each time the IP is observed or run by another investigator.

## Username Report

Username reports are usually a result of manual searches generated from the CPS Home page, and follow the usual CPS report format. The top portion of the report summarizes the report type, giving the username queried and the number of times it has been run. The detail area information will vary depending on what is available, but may include:



**Investigative Activity:** reveals any actions taken by other investigators in relation to this username. A column in this section is called Activity and shows the comment entered by each investigator. This section is useful for the investigator for deconfliction.

**History Reports:** Shows each time a history report was generated on this username, as well as the investigator running the name. Useful for deconfliction.

Action items are available for a username are:

**Create Watch:** this choice creates a job on the server under the investigator's license to notify the creating investigator of each time another system user takes an action with that username. Used for deconfliction purposes, the investigator is notified by a system message in the user Profile section.



# IP Report

The top portion of the report summarizes the report type, giving the IP queried, how many times it has been seen, the date range, and the number of files associated with it. The map shown is not to be considered the actual location of the suspect computer, but is a representation of the closest network node for the ISP. The detail area information will vary depending on what is available, but may include:



**Investigative Interest:** reveals any actions taken by other investigators in relation to this IP address. A column in this section is called Activity and shows the comment entered by each investigator. This section is useful to the investigator for deconfliction.

**Unconfirmed Subscriber(s):** shows any corporate information associated with the IP. This may include name, address, date of birth, and phone number. As detailed in the Data Source section of the manual, it is considered unverified intelligence data and should not be acted on without confirming through legal process.

**Network:** details all network history for the IP, separated into subsections by network. Information is presented chronologically, from the most recent back, listing each date and time the IP was recorded, along with file category, hash value, and file name.

**Files:** shows information about the files the IP was seen offering on the peer-to-peer networks. This section shows the same data found in the Network section but is organized by the file, not the date seen.

**GUIDs:** If any GUID information was collected, associated with the IP, it will be accessible within this section.

**Related IPs:** utilizing the GUID information, it is possible to track a particular client across multiple IP addresses; this section shows any IPs that maybe associated by GUID, to the report IP.

Action items available for a username are:

**Investigative Status:** assists in deconfliction by allowing the investigator to enter actions that have been taken.

**Take Action:** the investigator can take further action, creating various jobs for other Fairplay tools regarding the report IP. These options are explained further in the Action Items section of this manual.

**History Reports:** Shows each time a history report was generated on this username, as well as the investigator running the name. Useful for deconfliction.

## Hash Report

The top portion of the report summarizes the report type, giving the hash queried, the date range that the hash has been seen, the number of IP addresses that have been seen offering it, and the number of file names associated with it. The summary area also includes hash value in various formats. The detail area information will vary depending on what is available, but may include:

**History Reports:** Shows each time a history report was generated on this hash, as well as the investigator running it.

**Related IP Addresses:** lists each date and time the hash has been seen along with the associated IP address.



## My Query History

A Preformatted Report, this query shows an investigator's entire query history, divided by data type. This may be useful in recalling a past query that was of interest, but not recorded by the investigator.

