# Recent Locates in My Region

The Recent Locates report provides the investigator with a view of the most recently seen activity within his region. The summary area of the report provides options that allow the investigator to specify a specific county within their state and change from the default 30 day date range. The options available will depend on the user's license, but may include:

- Narrow the report to a specific county or region.
- Change the date range from the default 30, to 60, 90, 180, or 365 days.

The detail area will display recent information about each entry:



- **IP Address:** This IP address that is seen by an investigator or automated tool is hyperlinked, allowing a history report to be run on that IP.

- **Date Last Seen:** This is the date last seen by an investigator or automated tool.

- **N/I/S:** This code indicates the type of file the IP was seen offering:
  - **N** = Notable
  - **I** = Incest material
  - **S** = Special (Special files are discovered training videos)
  -
- **Networks:** This code indicates the type of network the IP was seen on:
  - **G** = Gnutella
  - **A** = Ares
  - **G2** = Gnutella 2
  - **F** = Open Fasttrack
  - **B** = BitTorrent

- **Hash Value:** This shows the hash value the IP was last seen offering. This is hyperlinked to allow a Hash History to be run.

The rows in the Recent Locates query may also be highlighted with different colors indicating the type of material seen. The colors are described below:

- **No Highlighting:** The hash associated with this record is a classed as a notable file.
- **Yellow:** The associated hash has been classified as a special, or training video.
- **Orange:** The associated hash has been classified as incest material.

## Worst GUIDs

The Worst GUIDs report provides the investigator with a view of the highest ranked, or worst, within their region. The summary area of the report provides options that allow the investigator to specify a specific county within their state and change from the default 30 day date range. The options available will depend on the user's license, but may include:

- Narrow the report to a specific county or region.
- Change the date range from the default 30, to 60, 90, 180, or 365 days.

The detail area will display recent information about each entry:

- **IP Address:** This IP address that is seen by an investigator or automated tool is hyperlinked, allowing a history report to be run on that IP.

- **Date Last Seen:** This is the date last seen by an investigator or automated tool.

- **Score:** The scoring value of the IP, using the criteria set by the investigator (see Profile section for a further explanation).

- **N/I/S:** This code indicates the type of file the IP was seen offering:
  - ○ **N** = Notable
  - ○ **I** = Incest material
  - ○ **S** = Special (Special files are discovered training videos)

- **Location Details:** The city the IP geolocates to.



The rows in the Worst IPs query may also be highlighted with different colors indicating the type of material seen. The colors are described below:

- **No Highlighting:** The hash associated with this record is a classed as a notable file.
- **Yellow:** The associated hash has been classified as a special, or training video.
- **Orange:** The associated hash has been classified as incest material.
- **Red:** The IP has been seen offering both incest and special material.

# IRC Targets in My Region

The Worst IRC Targets report provides the investigator with a view of the most recent IRC targets within their region. These targets were observed in selected, predicated child exploitation channels, or chat rooms, on the IRC network. The summary area of the report provides options that allow the investigator to specify a specific county within their state and change from the default 30-day date range. The options available will depend on the user's license, but may include:

- Narrow the report to a specific county or region.
- Change the date range from the default 30, to 60, 90, 180, or 365 days.

The detail area will display recent information about each entry:

- **IRC Nick:** The screen name as used by the target.

- **IP Address:** This is the IP address that the target was seen using while on IRC; it is hyperlinked, allowing a history report to be run on that IP.

- **Date Last Seen:** This is the date last seen by an investigator or automated tool.

- **Network/Server:** The IRC server that the channel entered was located on.

- **Seen P2P:** Indicates if the IP has also been seen offering child notable files on the P2P networks. The record will be highlighted in yellow, to give a visual indication to the investigator.

- **Location Details:** The city the IP geolocates to.



# Profile

Clicking the link at the top right of each page may access the Profile section. On the main Profile page, the investigator has the ability to change various settings.



Investigator information: The user may update contact information such as email and phone number. The agency may not be changed due to licensing configurations. If the investigator changes agencies, a new license must be issued.

- **Settings:** Allows the user to turn off seeing any data from the TLO servers.
- **Notification Settings:** The user can set whether they are notified in System Messages, each time there is activity on a particular IP, or case.
- **Get Worst Query Settings:** Determines which criteria will be used to determine the order, or ranking, in which the IPs are displayed in a Get Worst report.
- **Get Worst Criteria Weight:** An investigator may adjust the weight, or points given to criteria, changing the ranking of IPs when a Get Worst report is generated.

The Profile section also gives the investigator access to other tools by choosing the links at the top of the page. What options a user has will depend on his license.



**My Watched Items:** The investigator can manage those IP addresses that they have placed a Watch on. The section provides information on Date Created, Date of last Activity, and the ability to delete the watch under Actions.

**Current Jobs:** Provides management of all CPS jobs that were created by the investigator. The page provides each Job ID, the application the job was sent to, the job status, the date the job was created, and the ability to cancel a job.

**Manage Investigators:** Used by instructors to issue licenses and search for users. This option is available only to those who have instructor status.

**Messages:** Any system message to the investigator will be displayed here. If the user has notifications turned on under the Notification Settings, anytime there is activity concerning their watched items, they will be displayed here.

# Peer Spectre 2

Peer Spectre 2 collects lead data by sending keywords on the Gnutella network in the same fashion as previously done manually by investigators. The keywords used are ones known to return a large quantity of "hits" for files known to contain child pornography and have been submitted by law enforcement officers since the inception of Operation Fairplay.

Peer Spectre 2 downloads a list of these keywords from TLO servers and sends them out at the rate of one per second to computers connected to the Gnutella network. When these computers, or "peers" respond to the keywords, they are indicating they possess files containing these keywords. The peers return information such as the full file name, its associated hash value, file size, and other information used for investigative purposes. The file's hash value is compared to a database of other hash values, previously viewed by law enforcement and known to contain depictions of child sexual abuse. When a match is found, Peer Spectre 2 submits the responding computer's IP address and port to the TLO servers, along with all file details. Additionally, the suspect computer provides information such as whether it is behind a firewall or if will accept browse host requests. This information is date-stamped by the TLO servers and stored for investigators to later retrieve.

Note: *Computers located by Peer Spectre 2 **must** be running Gnutella-based file sharing software and have an active connection to the Internet. All data displayed by Peer Spectre 2 is the result of individual peer computers responding to the keyword queries broadcast over the network.*

**The old slow days...**

For the first several years of this operation everything was done manually by law enforcement. Investigators would enter search terms into Phex and build up peers until finally copying the list of candidates out to paste into Grid Sleuth, an early tool that would geolocate the peers. The investigator would hope that there was a match within the their jurisdiction, if not, start the whole process over again.

An investigator from Salem Oregon Police Department, Bill Wiltse worked with Flint Waters and developed the first automated tool that used to Gnutella protocol to perform those same steps that investigators were doing manually, but must faster. That tool, Peer Spectre, was the precursor to all automated tools used today.

The Peer Spectre application employs the same messaging protocol used by every other file-sharing program on the Gnutella network. Despite the fact it's a custom program designed by law enforcement, no technical additions or modifications have been made to this messaging protocol, ensuring the accuracy and quality of the leads it generates.

It should be emphasized that the Gnutella messaging protocol is request-based. In other words, every "message" on the Gnutella network can be viewed in the form of a request. These requests could be translated into questions like "Does anyone have any files with this keyword in its file name?" or "Could I download this file from you?" Any user who is online with Gnutella-based file sharing software running may receive and respond to this request.

Peer Spectre 2 is useful only for the purpose of populating law enforcement servers with criminal lead data. This data is then utilized by other applications (ShareazaLE, Media Library, etc.) to collect evidence or otherwise enhance an individual officer's efforts to target suspects involved in criminal activity.

## Peer Spectre 2 Interface

**Ultrapeer List:** The main interface window shows a list of IP addresses for ultrapeers on the Gnutella network Peer Spectre 2 is attempting to connect. Initially these IP addresses will be colored in red, indicating the connection has not yet been established. Once connected the address will turn to green.

Peer Spectre 2 initially receives a small collection of ultrapeer IP addresses from TLO servers to begin the connection process. It then attempts to connect to a total of 50 ultrapeers by default. This number is adjustable by moving the slider at the bottom of the list, but because of memory constraints users have discovered a higher number of ultrapeers connections cause instability on some computers.

Peer Spectre 2 will periodically clear all ultrapeers from its list and start repopulating by reaching back up to TLO servers. This is done automatically to ensure maximum saturation of keywords across the Gnutella network.



**Keywords Tab:** Next to the ultrapeer list is a series of tabs with "Keywords" being the first. Upon startup, Peer Spectre 2 downloads a random selection of keywords automatically from a larger pool stored on TLO servers. This list of search terms appears within the keywords tab and will likely be different every time Peer Spectre 2 is launched. After 10 minutes of searching for the selected keywords, Peer Spectre 2 will purge the list and downloaded a new set automatically. The rotation of keywords ensures all officers running Peer Spectre 2 are able to search for the newest keywords, even if they are not yet aware of their existence.

Next to each of the keywords in the list, you will notice a green dot cycling from top to bottom at the rate of one per second. When the green dot stops next to an individual keyword, it signals a query for that keyword is currently being sent to all connected ultrapeers. As computers on the Gnutella network respond to these queries, the hash values associated with those responses are



automatically checked against a list of notable hashes Peer Spectre 2 downloads from TLO servers. The number of file hashes Peer Spectre 2 has checked can be seen in the upper-right corner of the application window.

## Peer Spectre 2 Interface (Continued)

**Query Hits Tab:** This tab is the area where criminal lead information can be viewed in real-time. Each time a computer on the Gnutella network responds to a keyword query with a file hash that matches the list of law enforcement notables, a single line appears in this query hit list. It should be noted that ALL information in this list was generated by the individual suspect computers and transmitted back to Peer Spectre 2 via the Gnutella network.

**File Name –** The name of the file as it exists on and reported by the suspect computer.

**SHA1 –** The hash value of the file, calculated by the suspect computer's file-sharing software.

**IP Address –** The suspect computer's IP address as reported by the file-sharing software it is running. You will note some of the addresses will be private, or non-routable (192.168.x.x) if the suspect computer is operating behind a router.
**Port –** The port being used by the suspect computer's file-sharing software.
Vendor – A four-letter code representing the suspect computer's file-sharing software manufacturer.

**GUID –** The Globally Unique Identifier generated by the suspect computer's file-sharing software. This is useful for tracking a computer across IP address changes.

**Creation Date –** This date is created and used by Gnutella-based file-sharing software to track when the file first appeared on the Gnutella network. This is NOT the creation date of the file as stored on the suspect computer.

**File Index –** Each shared file in a user's file collection is assigned an index number by the file-sharing software. This index number is used by Gnutella-based software when requesting a file for download.

**Firewalled –** Indication of whether the suspect computer is being operated from behind a router. When a suspect computer is firewalled, it will almost always return a list of "push proxies" (see below), required for browsing and/or sharing files with this computer.

**Browseable –** The file-sharing software on the suspect computer may allow the user to manually disable the ability to browse the computer's shared files. This value indicates whether the computer will respond to a browse-host request.

**Push Proxies –** The IP addresses of Ultrapeers the suspect computer is currently connected to. Applications like ShareazaLE will use this Ultrapeer information to send requests to a suspect computer operating behind a firewall.

| | Keywords | Query Hits | Logged GUIDs | |
|---|---|---|---|---|
| File Index | | Firewalled | Browseable | Push Proxies |
| 1 | | N | Y | |
| 593 | | Y | Y | 20.216.167.244:856 |
| 13 | | Y | Y | 72.88.208.85:6346, |
| 194 | | N | Y | |
| 6 | | Y | Y | 24.31.183.68:6930, |
| 15 | | Y | Y | 76.235.233.106:14 |
| 53 | | N | Y | |
| 94 | | Y | Y | 71.7.240.127:2239, |
| 68 | | Y | Y | 76.177.205.1:3947, |
| 133 | | Y | Y | 74.128.152.149:28 |
| 1422 | | Y | Y | 67.243.156.249:68 |

## Peer Spectre 2 Interface (Continued)

**Logged GUIDs Tab:** Peer Spectre 2 was designed around the philosophy of "where there is one, there could be many." For this reason, when any computer is identified as possessing at least one child notable image or movie file, Peer Spectre 2 will log ANY other files returned from that computer based on keyword searches. It is important to note that Peer Spectre 2 does not browse or otherwise contact the suspect computer directly. All communication is conducted through the Gnutella network.

The Logged GUIDS tab shows the number of total files logged for each computer that advertise a single file containing child pornography. The total of all files logged can be seen in the upper-right corner of the application window, directly below the number of SHA values checked.

| | | |
|---|---|---|
| 19089931 | SHA Values Checked | |
| 937 / 23080 | Known SHAs Found | |

Keywords | Query Hits | Logged GUIDs

| IP Address | GUID | # o... |
|---|---|---|
| 67.238.128.36 | 8F015C01E2DC65E484CCC8EE4D440100 | 17 |
| 187.144.149.56 | 3EEFB20971EDD252B666FF8EE1557500 | 47 |
| 192.168.1.2 | E9FEDE00AC5CD86D625EC5166C948000 | 35 |
| 98.212.130.1 | 77DCA34D7A5D2CE30C1D7A0E4C540100 | 30 |
| 192.168.1.11 | AE97D0015CAFFF07734E7AA5E7313600 | 2 |
| 84.197.197.16 | 9A60163B0AFBA059740444EC42636800 | 9 |
| 91.140.141.51 | BCE2BFD4ABAFA7E0AE08D58EDC0B6800 | 10 |
| 188.50.93.33 | 4263B10FF8A8552CED0DEDD754C5B200 | 3 |
| 201.238.137.163 | 32E6AA9321C8BF652779CBFB32439F00 | 389 |
| 63.245.42.18 | 68B0759A9D1A1A856A9F38F99D7B3100 | 8 |
| 93.48.128.197 | E883BFB6F14CE08A4439CC17F1A08100 | 5 |
| 78.189.24.69 | A0F96D7A2D13011D5E9F2C97CE55E800 | 31 |
| 67.170.150.69 | 2318E271DE8426BBADE71BD530900C00 | 52 |

# ShareazaLE

Investigators have enjoyed success in documenting cases using the tools GnuWatch and GnuWatch2, both written to browse and log targeted IP addresses. An additional functionality of being able to accomplish a direct, or sole source download, was a feature that had been sought, but was difficult to accomplish under the existing architecture. With the move towards monitoring other P2P networks, an updated solution was needed. Shareaza was identified as a P2P client offering the ability to work on multiple networks and, after modifications, ShareazaLE was produced to provide solutions to several of the shortcomings in GnuWatch.



ShareazaLE is designed to allow the investigator to browse, and direct download from a particular IP address. All its actions are logged and saved for the investigator. Additionally ShareazaLE can be used to download a particular file from any source.



Detectives in Queensland, Australia identified a suspect sharing more than 1000 notable files during their basic P2P class in March 2009. Before the end of the training week, a search warrant was served on the suspect's residence and over 100 videos were recovered depicting children between 9 and 13 engaged in sexually explicit conduct. The 53 year old suspect, Gary Thompson, was a convicted sex offender and was secretly recording his 14 year old step-daughter using cameras mounted in her bedroom, bathroom and closet. Detectives recovered one hundred hours of covert footage involving his victim.

## ShreazaLE Interface

ShareazaLE is a modified version of a public version; the program has been altered to be used exclusively for law enforcement use.

The top left of the interface shows the four tabs available:
- **Peers** - Lists current jobs, IPs that ShareazaLE is trying to browse and download from, and any magnets that are active.
- **Current** – Information about the IPs that ShareazaLE was able to browse and/or download from this session, or since the program had been started.



- **History** – Information about all browsed IPs since the program was installed.
- **Network** – Displays the network status and all ultra peers Shareaza is connected to.

**Peers Tab:** The Peers tab displays all current jobs separated by type. IPs that the investigator created jobs for in CPS are listed individually; selecting one in the left pane will show details about it in the right pane. The colored circle indicates status:
- **Red** – No browse, ShareazaLE will attempt to connect and browse every 30 seconds.
- **Green** – Browse has been completed, attempting to download files from the target if that option was chosen when the job was created.
- **Blue** – Browse and downlaod was completed.

The bottom pane shows the running log of all communications between ShareazaLE and the Target IP.



## ShreazaLE Interface (Continued)

The Peers tab shows information about the files downloading or queued in the right pane's various columns:

- **Downloaded File** – Title of the file.
- **Hash Value** – Hash of the file, SHA1 in the case of the Gnutella network.
- **Size** – File size if known.
- **Progress** – Bar graph showing the amount of a file downloaded.
- **Speed** – Rate of download.
- **Status** – File status.
- **Client** – Targets Gnutella client, if known.
- **Complete** – Percentage of the file downloaded.
- **IP** – IP address of the target.
- **Last Message** – Information about the download, including any error messages, if any.

**Current Tab:** The Current tab displays information about all IPs that were browsed since the investigator started SharezaLE. The left pane shows a tree view of all current targets by IP, clicking the "+" next to one will open the respective folder and display the contents, showing them in the right pane. Choosing a folder item will cause the item to be displayed in the lower pane.



**History Tab:** This tab is similar to the Current tab in layout and use, but displays all IPs that have been browsed since SharezaLE was installed. The tree view on the left allows the investigator access to logs and files organized by IP.



## ShareazaLE Jobs

ShareazaLE jobs are created in CPS; the system does not allow the investigator to create tasks using ShareazaLE outside the software. The investigators can begin a job from the IP History report within CPS; two choices are given:

- **Launch Shareaza Job** – Creates a job designed to browse and sole-source download all known and possible child notable files from the target IP.
- **Launch Shareaza Job (Browse Only)** – This job will only browse the target; it will not attempt to download any files. Similar to a job for GnuWatch.

When a ShareazaLE job is created, CPS assembles all ports the IP was seen using, as well as all child notable hash matches and probable matches, based on file title.

Jobs may be deleted using the CPS, Current Jobs section.



## ShareazaLE Logging

ShareazaLE will automatically log events as the job progresses. Once a connection is established with a target, ShareazaLE creates a folder titled by the target's IP, in the UCOps\Peers directory. ShareazaLE will create additional folders within the original peer folder as needed, they may include:

- **Downloads** – Contains all completed files that were downloaded from the suspect's computer.
- **Incomplete** – Holds the partial files as they are being downloaded from the target.
- **Logs** – ShareazaLE places all logs related to the communication with the suspect IP in this folder.
- **NetStats** – Once SharelazaLE establishes a connection, and is able to browse the suspect, a netstat is executed and a placed in the folder for the investigator.

Within the Logs folder ShareazaLE creates several files to document the case for the investigator. All begin with ShareazaLE_Target IP, where Target IP is the IP number of the suspect.



**BrowseHostData.bin:** The ShareazaLE_Target IP_Date Time_BrowseHostData.bin file contains the binary stream from the suspect's computer as ShareazaLE received it and can be opened with any word processing program. Within the file the investigator can see the file names and SHA1 values the suspect is advertising as accessible. A bin parser is available to investigators that will automatically extract readable information from the bin file on Gridcop.com.



**Filelist.tab:** When ShareazaLE is able to browse a target, it creates a file called ShareazaLE_Target IP_Date Time_Filelist.tab. This is a tab delimited text file containing the browse list sent by the suspect's computer. It may be viewed in any text editor, but opening it with a spreadsheet program such as Excel will separate the entries into proper columns.



**ShareazaLE_Target IP.log:** As a connection is established with the target, ShareazaLE creates a text file with the log extension that records milestones in the communication with the target computer. Events logged include the browse, number of files in the list, number of child notable matches, download status of every file attempted.



**Downloadheaders.txt:** The Downloadheaders.txt file contains the headers from each message the target computer sends regarding the download of a specific file. One file is created for each file that ShareazaLE attempts to download, each named with the SHA1 value of that particular file. This file will contain information such as:



**Content-Disposition** - Name of the file being downloaded as it appears on the suspect's computer.

**Content-Range** – The byte range of the segment being sent and the total file size.
X-Gnutella-Content-URN – SHA1 value of the file being downloaded.

**X-Alt** – Alternate download sources, these IPs are the ones the target most likely received segments of the file from when it was downloaded by the suspect.

## ShareazaLE Magnets

At times, the investigator may need to obtain a particular file regardless of its source. ShaeazaLE has the ability to download files from any source through the use of magnets. A file magnet is a Uniform Resource Identifier (URI) that is used to identify resources available for download on the peer-to-peer networks. Magnet jobs are created in Media Library (see chapter 3), and brought into ShareazaLE by choosing Download File/Torrent from the Tools menu or clicking the Add Download/Torrent button from the right side of the middle bar.

Once brought in, ShareazaLE will attempt to find the file on the networks it is connected to, download the file from whatever source offers it, and display the progress on the Peers tab. A new entry named Magnets will be created under the existing IP based jobs.

As ShareazaLE downloads the file, it will place the incomplete portion in the Incomplete folder under the C:\OCOps/ShareazaLE directory, and move the completed file into the Downloads folder found in the same ShareazaLE directory. The completed file will be titled with the SHA1 value.

# Media Library

Media Library is a supplementary CPS application that gives the investigator the ability to query, classify, manage, and locate files they encounter while conducting investigations using the Child Protection System software suite. Media Library provides three main functions to investigators:

- Using Media Library, files can be queried against the hash database, returning the system classification as set by other law enforcement investigators, and add their own local classification if needed.
- Files may be stored, organized by SHA1 value, allowing the investigator to quickly retrieve examples of files needed for the investigation and prosecution of offenders.
- Media Library can be used to locate files needed for a case by creating magnets that can be used by ShareazaLE.

Media Library can be launched from two places in CPS, at the top right of the page in the Tools menu, and from an IP Report page under the Take Action menu.

When Media Library is launched for the first time, an investigator must configure certain preferences. This can be done by left clicking on the "Change Preferences" hyperlink on the bottom right corner of the application. A dialog box will open displaying several tabs.

The "License" tab contains the investigator's Fairplay license number. This can be obtained from the "Profile" section in CPS. The "Library" tab allows the investigator to select a path where his personal image library will be stored and the categories of files that will be auto-added to his library. Once selections are made, click on "OK" to close the dialog box. The common settings are displayed below.

## Interface

The Media Library interface is divided into three main areas: the left section is the list area where information about each file is displayed in rows, the top right is the viewer section where the investigator may preview the file, and the lower right is a notes area where an investigator can see notes that they have written about a file or shared notes written by another investigator.



The **List Area** displays rows containing information about each file the investigator may have an interest in. The information displayed can be customized by the investigation by right clicking in the column heading to bring up a menu, as seen below.

The **Viewer Area** is where the file may be displayed if the show document box is checked.

The **Notes Area** displays the system or local notes, if any, for each file selected in the List Area.



## Using Media Library



When a file is dropped on the viewer pane, the selected file information is visible in the **List Area.** A red X in the "Lib" column indicates that the file is not in your personal library. A green checkmark in the "Lib" column indicates that the file is present in your personal library, and you can view it by checking the "Show Document" box on the "Viewer" pane. The current system category is displayed in the "Category" column, and the investigator may change the category by clicking on that field.

In the "Notes" section of the Media Library application, shared investigator notes may be visible if the image or video was previously viewed and notes were added by another investigator. Personal notes may also be added in the "My Notes" section which will only be visible to the author.

### Launching from an IP Report

This method is typically used if an investigator wants to compare the files advertised by a suspect IP with their personal library to quickly confirm the file content advertised by a specific IP. If the hash values advertised by the suspect are in your library, you will be able to see the actual image or video, allowing you to quickly and easily confirm the presence of child pornography or other notable files.

CPS logs hash values and filenames of files advertised by a suspect IP over a period of time.  An investigator cannot be certain, based on hash value and filename alone, that a file is in fact child pornography meeting the legal requirements for their jurisdiction.  Media Library allows you to make that determination immediately.



Looking at the figure to the left, can we say for sure that all 195 files are all Child Pornography?

Media Library will read the hash values from all the files advertised by this suspect IP and compare them to your local library.  You will be able to immediately view the files that you have in your library, and you will have the option of creating a download magnet to retrieve the remaining files.

After launching Media Library from the suspect IP report, all notable file hash values are retrieved from the IP report in CPS.  All hash values are compared against your local library, and you are advised which files are present in you library.

All of your default file details will be displayed, and, if the file is present in your library, it can be immediately viewed by checking the "show document" box under the viewer pane.



- Suspect IP is tabbed at the top.
- All user selected default file details are displayed.
- Files that are in your library are marked with a green checkmark.
- Files that are not in your library are marked with a red X.
- A preview of the selected file is visible in the viewer pane.  Clicking on the Viewer pane will open the image or video full screen.
- You can type notes in the "My Notes" section of the notes area.
- Other investigator notes are visible in the bottom section of the notes area.
- Investigator notes are helpful when the file is not in your library; you have some idea about the file content, and you can make the determination whether you should acquire and view the file.  You should never rely on an investigator note without actually viewing the file.

## Download Magnets

When Media Library is launched from within an IP report, and a comparison is done with your local library, you may want to obtain all the files that are not already present in your local library.



This can be accomplished by creating a download magnet that will search all connected peer to peer networks for the specific hash value of the file contained in your target's IP report. This allows you to have a broader perspective of the files your target possessed and affords you an easy mechanism to build your local library.

A dialog box will appear showing the hash values of all the selected files along with the commands required by Shareaza LE to obtain the files.

Shareaza LE will obtain the files from any available network: Gnutella 1, Gnutella 2 or eDonkey. Shareaza LE will also obtain the download from multiple sources; magnet downloads are exempted from the single source limitation of Shareaza LE.

Select all of the text in the dialog box and press <CTRL> C for copy.





Open Shareaza LE.  In the bottom right hand corner there will be an option to "Add Download/Torrent".  Click here and paste the magnet information by pressing <CNTRL> V.

A "Magnets" entry will appear on your peers tab.  Clicking on the "Magnets" entry will show you the magnet files that you are currently downloading.





You can view your completed magnet downloads by clicking on your "History" tab, then expanding the ShareazaLE folder and clicking on the "Downloads" folder.  You can also open the "Downloads" folder in Windows explorer by double clicking on the folder.

Once your magnet downloads are complete, you can import them into your Media Library by selecting and dragging them on the "Viewer" pane, as discussed earlier.  If you have configured auto-adding of notable files, they will be automatically added to your library.

