UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CASE NUMBER: 7:15-cr-00004-DCR

UNITED STATES OF AMERICA            PLAINTIFF

V.            AFFIDAVIT OF DR. WILLIAM FANNIN

BRETT A. DUNNING            DEFENDANT

Comes the Affiant, Dr. William Fannin, after first being duly sworn, herein states as follows:

That based upon my professional experience and my personal acquaintanceship of several years with Dr. Brett Dunning, it is my sincere belief that he would not reoffend on any type of supervised release, probation, or home incarceration. I base this opinion further upon my understanding that Dr. Dunning was on home incarceration or other form of pre-trial release for approximately two years without incident.

WITNESS my signature this ___13th___ day of __January__, 20_16_.

_____
Dr. William Fannin

STATE OF KENTUCKY
COUNTY OF __Kentucky__

I, ___Sheena Hall___ the undersigned authority, do hereby certify that the foregoing Affidavit was this day produced before me by Dr. William Fannin, and he acknowledged the execution and delivery thereof as his/her free act and deed.

SUBSCRIBED, SWORN TO and acknowledged before me on this __13__ day of __January__, 20_16_.

_____
Notary Public

My Commission expires: May 10, 2017
Notary Public, State of Kentucky at Large

# CURRICULUM VITAE
## William T. Fannin, M.D.

Birth Date: February 17, 1948
Address:
Home: 183 Doe Run, Pikeville, Ky. 41501
Work: Best Practice Family Health, PLLC
    9 Flora Street
    P.O. Box 2667
    Pikeville, KY 41502
Telephone: (606) 432-4183

Social: Married since 1974 with two children and two grandchildren.

Undergraduate Education:
1. Prestonsburg Community College
2. Morehead State University
3. Pikeville College (B.S.)

Medical Education: University of KY College of Medicine Degree: M.D. 1983.

Residency Training: Dept. of Family Practice (1983-86), University of KY College of Medicine.

License: Kentucky (1984-present).

Board Certification: Family Practice, ABFP (1986;1993;2000;2007) ASAM Certified in Addiction Medicine ABAM certified in Addiction Medicine 2009

Awards:
1. Who's Who in American Colleges, 1979.
2. Chosen for The Best Resident Teacher by third year medical students at UKMC, 1984.
3. Voted Most Promising Family Practice Resident at UKMC Department of Family Practice, 1986.
4. Favorite Instructor Kentucky College of Osteopathic Medicine (2010)

Professional Associations:
1. American Academy of Family Physicians.
2. Kentucky Academy of Family Physicians.
3. American Medical Association.
4. Kentucky Medical Association.
5. Pike County Medical Society.
6. Society of Automotive Engineers.
7. National Hospice Organization.
8. American Society of Addiction Medicine
9. American Board of Addiction Medicine

1

# CURRICULUM VITAE
## William T. Fannin, M.D.

### Staff Positions:
1. Chief of Staff (1993).
2. Vice-President Medical Staff (1990-92).
3. Chairman of Infectious Disease Committee (1989-1992).
4. Chairman of Library Sub-Committee for Electronic Media.
5. Member of board of directors (1993).
6. Chairman of three board committees (1993).

### Community Service:
1. Medical Director of Appalachian Hospice Care, Inc. (1989-present)
2. Board co-chairman of Big Sandy Telecommunications Center.

### Professional Experience:
1. Best Practice Family Healthcare in Pikeville, Ky.( 2001-present).
2. Phoenix Healthcare in Prestonsburg, Ky. (2000-2004)
3. Mid-south Healthcare in Prestonsburg, Ky. (1996-2000).
4. Private Practice 1986-1992 in Pikeville, Ky.
5. Attending at Prestonsburg Primary Care Center (VAH) 1991-1996
6. Emergency Medical Practice (1992-1995) at Pikeville Methodist Hospital.
7. Served as volunteer faculty on staff of:
    A. University of Kentucky College of Medicine.
    B. University of Louisville Medical School.
    C. Marshall University Medical School.
    D. Pikeville College of Osteopathic Medicine (KYCOM)
8. Staff physician for in-house ECG interpretation.
9. Medical director for ambulance services: Pikeville Methodist Hospital Inter-facility Transport Service, DHP Ambulance Service, & Elkhorn Area Ambulance Service.
10. Medical Director Mountain View Healthcare Center, Parkview Manor Nursing Home, and Mountain Manor Nursing Home.
11. Director for Addiction Services at Pikeville Medical Center (2006-2010).

Respectfully submitted,


William T. Fannin, M.D.